# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

DANIEL LOZA,

        Petitioner,

v.

**ORDER**
Civil File No.:  05-2483 (MJD)
Criminal File No.:  04-335 (1) (MJD/JGL)

UNITED STATES OF AMERICA,

        Respondent.

---

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

**IT IS HEREBY ORDERED** that:

The Government is directed to file a response within 45 days from the date of this Order.

If Petitioner chooses to file a reply, that reply must be filed within 30 days from the date of service of the Government's response.


Dated: October 27, 2005

     s/ Michael J. Davis
     Judge Michael J. Davis
     United States District Court